United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-12083-ref
Joseph Paz                                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: Angela              Page 1 of 2             Date Rcvd: Nov 17, 2016
                               Form ID: pdf900           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
```
db              #+Joseph Paz,    2392 New Street,    East Petersburg, PA 17520-1428
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13815954         +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13698322         +Comcast,    2405 Covered Bridge,    Lancaster, PA 17602-1177
13743554         +East Hempfield Township,    c/o Susan P. Peipher, Esquire,    Blakinger Thomas, PC,
                   28 Penn Square,    Lancaster, PA 17603-4297
13698323         +East Hempfield Township,    1700 Nissley Road,    Landisville, PA 17538-1360
13698324         +Lancaster Dodge,    1475 Manheim Pike,    Lancaster, PA 17601-3172
13797646         +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                   Irvine, CA 92619-5004
13719232         +MTGLQ Investors, LP,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13698326         +McCabe, Weisberg and Conway, P.C.,    123 South Broad Streeet, Suite 1400,
                   Philadelphia, PA 19109-1060
13698327         +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13698328         +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              +E-mail/Text: robertsl2@dnb.com Nov 18 2016 02:07:09     Dun & Bradstreet, INC,
                   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2016 02:07:17     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13698321          E-mail/Text: rmckay@biehlcollects.com Nov 18 2016 02:08:01     Biehl & Biehl, Inc.,
                   PO Box 87410,    Carol Stream, IL 60188-7410
13698325         +E-mail/Text: kspon@lasa.org Nov 18 2016 02:06:28     LASA,    130 Centerville Road,
                   Lancaster, PA 17603-4087
13704404         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2016 02:06:59
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
                                                                                                TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL D. HESS    on behalf of Debtor Joseph  Paz amburke7@yahoo.com
```

```
District/off: 0313-4          User: Angela              Page 2 of 2              Date Rcvd: Nov 17, 2016
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JOSEPH PAZ
                                                    : Bankruptcy No. 16-12083REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 17, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

JOSEPH PAZ
2392 NEW STREET
EAST PETERSBURG,PA.17520