United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12083-ref
Joseph Paz                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Angela            Page 1 of 1           Date Rcvd: Dec 14, 2016
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
db           #+Joseph Paz,    2392 New Street,    East Petersburg, PA 17520-1428
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      MICHAEL D. HESS    on behalf of Debtor Joseph  Paz amburke7@yahoo.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Paz                                    CASE NO:  16-12083-ref

CHAPTER 13

DEBTOR

O R D E R

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $3,106.00 plus $48.03 for expense reimbursement.

**Date: December 13, 2016**

_____
J.